AO 10*
Rev. 1/2012

# FINANCIAL DISCLOSURE REPORT
## FOR CALENDAR YEAR 2011

Report Required by the Ethics
in Government Act of 1978
(5 U.S.C. app. §§ 101-111)

| 1. Person Reporting (last name, first, middle initial) | 2. Court or Organization | 3. Date of Report |
|---|---|---|
| William , Cassady E. | U.S.D.C. S.D. Alabama | 08/10/2012 |

| 4. Title (Article III judges indicate active or senior status; magistrate judges indicate full- or part-time) | 5a. Report Type (check appropriate type) | 6. Reporting Period |
|---|---|---|
| U.S. Magistrate Judge - Full | ☐ Nomination  Date<br>☐ Initial  ☑ Annual  ☐ Final<br><br>5b. ☐  Amended Report | 01/01/2011<br>to<br>12/31/2011 |

**7. Chambers or Office Address**

United States Courthouse
113 Saint Joseph Street
Rm. 306
Mobile, Alabama 36602

***IMPORTANT NOTES:*** *The instructions accompanying this form must be followed. Complete all parts, checking the NONE box for each part where you have no reportable information. Insert signature on last page.*

## I. POSITIONS. *(Reporting individual only; see pp. 9-13 of filing instructions.)*

☐ NONE *(No reportable positions.)*

| POSITION | NAME OF ORGANIZATION/ENTITY |
|---|---|
| 1. Trustee | Trust #1 (Part VIII, Note 1) |
| 2. Legislatgive Committee | Federal Magistrate Judges Association |
| 3. Executor | Estate #1 (Part VII, Lines 34-53) |
| 4. | |
| 5. | |

## II. AGREEMENTS. *(Reporting individual only; see pp. 14-16 of filing instructions.)*

☑ NONE *(No reportable agreements.)*

| DATE | PARTIES AND TERMS |
|---|---|
| 1. | |
| 2. | |
| 3. | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## III. NON-INVESTMENT INCOME. *(Reporting individual and spouse; see pp. 17-24 of filing instructions.)*

### A. Filer's Non-Investment Income

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE | INCOME *(yours, not spouse's)* |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |

### B. Spouse's Non-Investment Income - *If you were married during any portion of the reporting year, complete this section.*

*(Dollar amount not required except for honoraria.)*

✔ NONE *(No reportable non-investment income.)*

| | DATE | SOURCE AND TYPE |
|---|---|---|
| 1. | | |
| 2. | | |
| 3. | | |
| 4. | | |

## IV. REIMBURSEMENTS -- *transportation, lodging, food, entertainment.*

*(Includes those to spouse and dependent children; see pp. 25-27 of filing instructions.)*

☐ NONE *(No reportable reimbursements.)*

| | SOURCE | DATES | LOCATION | PURPOSE | ITEMS PAID OR PROVIDED |
|---|---|---|---|---|---|
| 1. | Federal Magistrate Judges Association | 09/13/11 - 09/16/11 | Washington, DC | Committee Meeting | Transportation, lodging and food |
| 2. | Mobile Bar Association | 12/02/11 - 12/03/11 | Point Clear, Alabama | Annual Bench and Bar Meeting | Lodging and food |
| 3. | | | | | |
| 4. | | | | | |
| 5. | | | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## V. GIFTS. *(Includes those to spouse and dependent children; see pp. 28-31 of filing instructions.)*

☑ NONE *(No reportable gifts.)*

| | SOURCE | DESCRIPTION | VALUE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

## VI. LIABILITIES. *(Includes those of spouse and dependent children; see pp. 32-33 of filing instructions.)*

☑ NONE *(No reportable liabilities.)*

| | CREDITOR | DESCRIPTION | VALUE CODE |
|---|---|---|---|
| 1. | | | |
| 2. | | | |
| 3. | | | |
| 4. | | | |
| 5. | | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)

☐  NONE (No reportable income, assets, or transactions.)

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 1. Regions Bank (Account) | A | Interest | L | T | | | | | |
| 2. Franklin/Templeton World Fund CL A (TEMWX) IRA | B | Dividend | M | T | | | | | |
| 3. Vanguard Mutual Funds IRA | | | | | | | | | |
| 4. - Asset Allocation Fund | A | Dividend | K | T | | | | | |
| 5. - STAR Fund | B | Dividend | L | T | | | | | |
| 6. Franklin Income Fund CL A IRA (FKINX) | B | Dividend | J | T | | | | | |
| 7. Rental Property - Jefferson Co., B'ham, AL | D | Rent | L | W | | | | | |
| 8. Butler Co, AL land (Apr. 4/14/10) | | None | N | Q | | | | | |
| 9. House & lot, Greenville, AL (Apr. 4/4/10) | C | Rent | K | Q | | | | | |
| 10. Common Stock, Town & Country National Bank | D | Int./Div. | M | U | | | | | |
| 11. Brokerage Account #1 | | | | | | | | | |
| 12. - Bank Deposit Sweep Account | A | Interest | J | T | | | | | |
| 13. - Franklin Tax Free Income Fund (FKITX) | D | Dividend | | | Merged (with line 14) | 04/6/11 | K | | See Part VIII, Note 2. |
| 14. -Franklin Tax Free TR Fed Interm Term Advisor CL (FITZX) | A | Interest | K | T | Buy (add'l) | 9/27/11 | J | | |
| 15. -Nuveen Mun Trust Inter Duration Mun Bd Fd CL (NUVBX) | A | Int./Div. | K | T | Buy (add'l) | 9/27/11 | K | | |
| 16. -T Rowe Prie Summit Mun Fds Inc - Mun Inter Fd (PRSMX) | A | Interest | K | T | Buy (add'l) | 9/27/11 | J | | |
| 17. -T Rowe Price Tax Free Shrt (PRSFX) | A | Interest | K | T | Buy (add'l) | 9/27/11 | J | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS – *income, value, transactions (Includes those of spouse and dependent children; see pp. 34–60 of filing instructions.)*

☐    NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 18. -Thornburg Invt Tr Ltd Ter Mun Fd Cl 1 (LTMIX) | A | Int./Div. | K | T | Buy (add'l) | 9/27/11 | J | | |
| 19. -Cohen & Steers Rlty Shs (CSRSX) | A | Int./Div. | J | T | Buy (add'l) | 9/27/11 | J | | |
| 20. -Dreyfus Appreciation Fd (DGAGX) | A | Dividend | J | T | Buy (add'l) | 9/27/11 | J | | |
| 21. -Europacific Growth Fd Fl (AEGFX) | A | Dividend | J | T | Buy (add'l) | 9/27/11 | J | | |
| 22. -Goldman Sachs Tr (FTXXX) | A | Int./Div. | J | T | Buy (add'l) | 9/27/11 | J | | |
| 23. -MFS Ser Trust III CL A (MMHYX) | A | Int./Div. | J | T | Buy (add'l) | 9/27/11 | J | | |
| 24. -Invesco Mid Cap Core Equity FD CL Y (GTAYX) | | None | | | Sold | 9/26/11 | J | A | |
| 25. -Nuveen All-American Mun BD FD Instl SHS CL (FAARX) | A | Int./Div. | J | T | Buy (add'l) | 9/27/11 | J | | |
| 26. -Templeton Income TR GLB BD Advisor (TGBAX) | A | Int./Div. | K | T | Buy (add'l) | 9/27/11 | J | | |
| 27. -Eagle Mid Cap Stock Fund (HMCJX) | | None | J | T | Buy | 9/27/11 | J | | |
| 28. -Oppenheimer INTL Bond Fund CL A (OIBAX)(X) | A | Dividend | J | T | | | | | |
| 29. -Pioneer Global High Yield CL A (PGHYX) (X) | A | Dividend | J | T | | | | | |
| 30. -Vanguard Bond Index FD Short-Term Port FD CL-INV (VBISX)(X) | A | Dividend | J | T | | | | | |
| 31. Transamerica Advisors Life Ins. Co. | D | Distribution | K | T | | | | | |
| 32. The Ohio National Life Ins. Co. Annuity | B | Distribution | L | T | | | | | |
| 33. Pacific Life Annuity | E | Distribution | M | T | | | | | |
| 34. Estate #1 | | | | | | | | | |

| | | | | | |
|---|---|---|---|---|---|
| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 35. - Regions Bank (Account) | | None | M | T | | | | | |
| 36. -House / land in Lowndes Co. AL (Approx. 4/14/10) | | None | O | Q | | | | | |
| 37. -Building/ land in Wilcox Co., Camden AL (Approx. 4/14/10) | D | Rent | M | Q | | | | | |
| 38. -Town-Country National Bank (CD) | B | Interest | | | Redeemed | 3/23/11 | M | | |
| 39. -Franklin Alabama Tax-Free Income Fund- CL C (FALEX) | D | Dividend | M | T | | | | | |
| 40. -Brokerage Account #1, Wells Fargo Advisors, Montgomery, AL | | | | | | | | | See Part VIII, Note 3. |
| 41. --Bank Deposit Sweep Account | A | Interest | | | Distributed | 5/31/11 | J | | |
| 42. --Dodge & Cox Income FD (DODIZ) | A | Dividend | | | Distributed | 5/31/11 | K | | |
| 43. --Goldman Sachs TR FINL Square Money MKT FD INSTL CL (FSMXX) | A | Dividend | | | Distributed | 5/31/11 | J | | |
| 44. --Artio Global INVT FDS Total Return BD FD CL 1 (JBGIX) | A | Dividend | | | Distributed | 5/31/11 | K | | |
| 45. --Metropolitan West FDS Total Return BD FD CL 1 (MWTIX) | B | Dividend | | | Distributed | 5/31/11 | K | | |
| 46. --JPMorgan Core Bond FD Select (WOBDX) | A | Dividend | | | Distributed | 5/31/11 | J | | |
| 47. --Oppenheimer INTL Bond Fund CL A (OIBAX) | A | Dividend | | | Distributed | 5/31/11 | K | | |
| 48. --Pimco FDS PAC INVT MGMT SER TOT Return FD INSTL CL (PTTRX) | B | Dividend | | | Distributed | 5/31/11 | K | | |
| 49. --Pimco FDS PAC INVT MGMT SER EM MKTS BD FD INSTL CL (PEBIX) | A | Dividend | | | Distributed | 5/31/11 | K | | |
| 50. --Pioneer Global High Yield CL A (PGHYX) | B | Dividend | | | Distributed | 5/31/11 | K | | |
| 51. --Rowe T Price Short TRM BD FD INC (PRWBX) | A | Dividend | | | Distributed | 5/31/11 | K | | |

| 1. Income Gain Codes: (See Columns B1 and D4) | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes (See Columns C1 and D3) | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes (See Column C2) | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## VII. INVESTMENTS and TRUSTS -- *income, value, transactions (Includes those of spouse and dependent children; see pp. 34-60 of filing instructions.)*

☐ NONE *(No reportable income, assets, or transactions.)*

| A. Description of Assets (including trust assets) Place "(X)" after each asset exempt from prior disclosure | B. Income during reporting period | | C. Gross value at end of reporting period | | D. Transactions during reporting period | | | | |
|---|---|---|---|---|---|---|---|---|---|
| | (1) Amount Code 1 (A-H) | (2) Type (e.g., div., rent, or int.) | (1) Value Code 2 (J-P) | (2) Value Method Code 3 (Q-W) | (1) Type (e.g., buy, sell, redemption) | (2) Date mm/dd/yy | (3) Value Code 2 (J-P) | (4) Gain Code 1 (A-H) | (5) Identity of buyer/seller (if private transaction) |
| 52. --Vanguard BD Index FD SHRT-TRM PORT FD CL - INV (VBISX) | A | Dividend | | | Distributed | 5/31/11 | K | | |
| 53. --Wells Fargo FDS TR Advantage SHRT DUR GOVT BD FD (MNSGX) | A | Dividend | | | Distributed | 5/31/11 | K | | |

| 1. Income Gain Codes: | A =$1,000 or less | B =$1,001 - $2,500 | C =$2,501 - $5,000 | D =$5,001 - $15,000 | E =$15,001 - $50,000 |
|---|---|---|---|---|---|
| (See Columns B1 and D4) | F =$50,001 - $100,000 | G =$100,001 - $1,000,000 | H1 =$1,000,001 - $5,000,000 | H2 =More than $5,000,000 | |
| 2. Value Codes | J =$15,000 or less | K =$15,001 - $50,000 | L =$50,001 - $100,000 | M =$100,001 - $250,000 | |
| (See Columns C1 and D3) | N =$250,001 - $500,000 | O =$500,001 - $1,000,000 | P1 =$1,000,001 - $5,000,000 | P2 =$5,000,001 - $25,000,000 | |
| | P3 =$25,000,001 - $50,000,000 | | P4 =More than $50,000,000 | | |
| 3. Value Method Codes | Q =Appraisal | R =Cost (Real Estate Only) | S =Assessment | T =Cash Market | |
| (See Column C2) | U =Book Value | V =Other | W =Estimated | | |

| Name of Person Reporting | Date of Report |
|---|---|
| William , Cassady E. | 08/10/2012 |

## VIII. ADDITIONAL INFORMATION OR EXPLANATIONS. *(Indicate part of report.)*

Note 1 - Part I. Positions.
The assets of Trust #1 have been disbursed to the two beneficiaries.  These assets were listed on Lines 11-14 on the last report.  My interest in these assets are now listed on Lines 8-10.

Note 2 -Part VII Investments and Trusts - Lines 17 & 18.
The Franklin Federal Inter Term Tax Free Income FD Class A fund (1,222.23 units @ $11.28)(FKITX) was exchanged on April 6, 2011 for the Franklin Tax Free TR Federal Intermediate Term Tax Free Advisor CL fund (1,220.066 @ $11.30) (FITZX).

Note 3 -Part VII.  Investments and Trusts - Lines 40-53.
The assets in Brokerage Account #1 in Estate #1 have been distributed              .  My interest in the account was transferred into my personal brokerage account.  Lines 11-30.

## IX. CERTIFICATION.

I certify that all information given above (including information pertaining to my spouse and minor or dependent children, if any) is accurate, true, and complete to the best of my knowledge and belief, and that any information not reported was withheld because it met applicable statutory provisions permitting non-disclosure.

I further certify that earned income from outside employment and honoraria and the acceptance of gifts which have been reported are in compliance with the provisions of 5 U.S.C. app. § 501 et. seq., 5 U.S.C. § 7353, and Judicial Conference regulations.

Signature: **s/ Cassady E. William**

NOTE: ANY INDIVIDUAL WHO KNOWINGLY AND WILLFULLY FALSIFIES OR FAILS TO FILE THIS REPORT MAY BE SUBJECT TO CIVIL AND CRIMINAL SANCTIONS (5 U.S.C. app. § 104)

Committee on Financial Disclosure
Administrative Office of the United States Courts
Suite 2-301
One Columbus Circle, N.E.
Washington, D.C. 20544